# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA PANTALEO,<br><br>               Plaintiff,<br><br>   v.<br><br>BOSE CORPORATION, a Delaware Corporation, MICHAEL DODGE, an individual, RAY HARVEY, an individual, STEVE HOLLE, an individual, and DOES 1 to 20, inclusive,<br><br>               Defendant. | No. 2:21-cv-01565-KJM-JDP<br><br>ORDER |

The parties have agreed to participate in private mediation.  Accordingly, the initial scheduling conference set for January 13, 2022 is **vacated and reset for April 21, 2022 at 2:30 PM**. The parties shall notify the court **within seven days of completing private mediation**.

IT IS SO ORDERED.

DATED:  January 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1